UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BESSIE ROSA, an individual

    Plaintiff,

v.                                          Case No:   2:15-cv-187-FtM-38CM

WELLINGTON ACADEMY, LLC,

    Defendant.

## ORDER

Before the Court is Defendant's Motion to Extend Mediation Deadline and Incorporated Memorandum of Law (Doc. 23), filed on July 25, 2016.   For the reasons set forth below, Defendant's motion is denied without prejudice.

It appears from the motion that Defendant seeks to extend the mediation deadline.   *See* Doc. 23 at 1.   Defendant states that due to the mediator's schedule, the parties are unable to schedule the mediation prior to the October 14, 2016 deadline.   *Id.* at 1.   Defendant, however, has not detailed when the mediator is available or how much additional time is needed to complete the mediation.   *See id.*

Moreover, it is unclear from the motion whether Defendant also is seeking to extend the discovery deadline.   The motion and incorporated memorandum discuss extending the discovery deadline, but Defendant provides no grounds for such extension nor does Defendant state how much additional time is needed for discovery.   *Id.* at 1-2.   Accordingly, this motion is denied without prejudice for Defendant to clearly articulate the relief it is requesting.

ACCORDINGLY, it is hereby

**ORDERED:**

Motion to Extend Mediation Deadline and Incorporated Memorandum of Law (Doc. 23) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of August, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record